

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 104891B

In Re:

Gerard J. McGee

**Order Filed on May 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-30958-ABA

Hearing Date: June 24, 2020

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER
## RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: May 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Gerard J. McGee
Case No: 19-30958-ABA
Caption of Order: Consent Order Resolving Objection to Confirmation

This matter having come before the Court on the Objection of Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, appearing and the Debtor, by and through counsel, BelluciLaw, P.C., Jennifer L. Kearney, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor consents to cure pre-petition mortgage arrears via the Chapter 13 Plan as itemized in the Mortgagee's Proof of Claim, for an Allowed Secured Claim of $31,972.54.

2. The Mortgagee respectfully withdraws their Objection to Confirmation.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC			BelluciLaw, P.C.

By: /s/ Stuart H. West					/s/ Jennifer L. Kearney
    Stuart H. West, Esquire				Jennifer L. Kearney, Esquire
    Attorneys for the Mortgagee				Attorney for the Debtor