UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 104891B

**Order Filed on May 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gerard J. McGee

Case No.: 19-30958-ABA

Hearing Date: June 24, 2020

Judge: Andrew B. Altenburg Jr.

# CONSENT ORDER
## RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: May 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Gerard J. McGee
Case No: 19-30958-ABA
Caption of Order: Consent Order Resolving Objection to Confirmation

This matter having come before the Court on the Objection of Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, appearing and the Debtor, by and through counsel, BelluciLaw, P.C., Jennifer L. Kearney, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor consents to cure pre-petition mortgage arrears via the Chapter 13 Plan as itemized in the Mortgagee's Proof of Claim, for an Allowed Secured Claim of $31,972.54.

2. The Mortgagee respectfully withdraws their Objection to Confirmation.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC                BelluciLaw, P.C.

By: /s/ Stuart H. West                         /s/ Jennifer L. Kearney
    Stuart H. West, Esquire                    Jennifer L. Kearney, Esquire
    Attorneys for the Mortgagee                Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Gerard J McGee  
    Debtor

Case No. 19-30958-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 1                    Date Rcvd: May 28, 2020  
                          Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db            +Gerard J McGee,    1620 Zion Rd.,    Northfield, NJ 08225-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
        Bruno  Bellucci, III   on behalf of Debtor Gerard J McGee jkearney@belluccilaw.net,
         bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
         ddillhoff@belluccilaw.net
        Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
         CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National  Association,
         as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Jennifer L. Kearney    on behalf of Debtor Gerard J McGee jkearney@belluccilaw.net
        Robert P. Saltzman    on behalf of Creditor    Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed
         Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory
         Funding LLC dnj@pbslaw.org
        Stuart H. West    on behalf of Creditor    Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed
         Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory
         Funding LLC swest@pbslaw.org
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                               TOTAL: 10